618 A.2d 395

**ELECTRON ENERGY CORPORATION, Appellant,**

v.

**Edwin P. SHORT, Jr. and Purdy Engineers, Incorporated.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1992.

Decided Jan. 7, 1993.

Frederick S. Wolfson, Joseph E. Savoca, Lebanon, for appellant.

Timothy J. Huber, Lebanon, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.